ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Melissa Travis and Renee Baker*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PRESTRIDGE,<br><br>    Plaintiff,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>    Defendant. | Case No. 3:16-cv-00459-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, James Prestridge, appearing *pro se*, and Defendants, Melissa Travis and Renee Baker, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, do hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

| | |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement |
| 2 | between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each |
| 3 | party will bear its own attorneys' fees and costs. |

DATED this  13  day of February, 2018.            DATED this  20th  day of February, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*                          By: *[signature]*
JAMES PRESTRIDGE #32207                BENJAMIN R. JOHNSON
*Plaintiff*                            Deputy Attorney General
                                       *Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

*[signature]*

**U.S. ~~MAGISTRATE~~ JUDGE**

**DATED:**  February 20, 2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of February, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

JAMES PRESTRIDGE #32207
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

/s/ Laurie Penny
An employee of the
Office of the Attorney General